474 A.2d 639

Cruttenden, Appellants, v. D'Imperio.

Argued March 6, 1984. Ronald J. Bayer, for appellants; Thomas L. DeLevie, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order affirmed.